UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SUH,

                    Petitioner,

          -against-

DEPT. OF JUSTICE,

                    Respondent.

22-CV-9491 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

        The Court directs the Clerk of Court to administratively close this action. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

SO ORDERED.

Dated:    November 15, 2022
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge